IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

QUAYSHAUN HEATH,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-2411

Opinion filed September 20, 2017.

Petition for Belated Appeal -- Original Jurisdiction.

Quayshaun Heath, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. Petitioner shall be allowed a belated appeal from the March 1, 2017, Order Denying Motion for Postconviction Relief in Duval County Circuit Court case number 16-2011-CF-8018-AXXX-MA. Upon issuance of mandate in this cause, a copy of this opinion shall be provided to the clerk of the circuit court for treatment as the notice of appeal. Fla. R. App. P. 9.141(c)(6)(D).

MAKAR, OSTERHAUS, and WINOKUR, JJ., CONCUR.